**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ORIX FINANCIAL SERVICES, INC., formerly
known as ORIX CREDIT ALLIANCE, INC.,

    Plaintiff,

vs.                                               Case No. 3:03-mc-57-J-MCR

WATER AND SEWER UTILITY
CONSTRUCTION, INC., ROD & ROD, INC.,
JOHN L. RODGERS and CHARLES F.
RODGERS,

    Defendants,

and

VYSTAR FEDERAL CREDIT UNION
7254 103RD STREET
JACKSONVILLE, FLORIDA 32210

    Garnishee.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Motion to Dissolve Writ of Garnishment (Doc. 13) filed by Jacksonville Heights Baptist Church. Plaintiff filed a Notice (Doc. 11) indicating that it agreed to release the hold on the account of Jacksonville Heights Baptist Church, Trustee Account (identified in paragraph 1(D) of Garnishee's Answer (Doc. 6)).

Accordingly, it is hereby

**ORDERED**:

The Motion to Dissolve Writ of Garnishment (Doc. 13) filed by Jacksonville Heights Baptist Church is **GRANTED**. The Garnishee, Vystar Federal Credit Union, is

directed to release the hold on the account of Jacksonville Heights Baptist Church, Trustee Account (identified in paragraph 1(D) of Garnishee's Answer) immediately.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  19th  day of May, 2005.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
        and *pro se* parties, if any

Sidney E. Lewis
Attorney for Garnishee
300 West Adams Street, Suite 300
Jacksonville, FL 32202