**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ORIX FINANCIAL SERVICES, INC., formerly known as ORIX CREDIT ALLIANCE, INC.,

    Plaintiff,

vs.                                                      Case No.  3:03-mc-57-J-32MCR

WATER AND SEWER UTILITY CONSTRUCTION, INC., ROD & ROD, INC., JOHN L. RODGERS and CHARLES F. RODGERS,

    Defendants,

and

VYSTAR FEDERAL CREDIT UNION
7254 103RD STREET
JACKSONVILLE, FLORIDA 32210

    Garnishee.
_____/

**O R D E R**

The Court has scheduled an evidentiary hearing on Defendants' Motion to Dissolve Garnishment (Doc. 12) for Thursday, June 2, 2005. After entering the Notice of Hearing, the undersigned received Plaintiff's Response to Defendants' Motion to Dissolve Garnishment (Doc. 18). In the Response, Plaintiff argues Defendants failed to comply with the requirements of Florida Statute §77.041(1) and asked that Defendants' "inadequate response [] be stricken and judgment [] be entered against the Garnishee for the amounts disclosed in its answer." (Doc. 18, p.3).

In reviewing the docket, it appears Defendants did not file a Claim of Exemption and Request for Hearing as specified in the statute, however, the time for Defendants to do so has not yet passed.  Additionally, the Court notes that Defendants have filed Affidavits of Exemption indicating that they believe their accounts with Vystar Credit Union are exempt from garnishment as they are held as tenancies by the entirety, because all of the monies in one of the accounts are received from Social Security, and because an account was established as a Trust Account, which would be unreachable by garnishment.  (Doc. 12).  Accordingly, Defendants have provided the Court with the information required by Fla. Stat. §77.041(1).

However, Plaintiff is correct that the technicalities of §77.041(1) have not been complied with and because the time for Defendants to comply with Fla. Stat. §77.041(1) has not expired, the Court will require Defendants to file a Claim of Exemption and Request for Hearing pursuant to §77.041(1) and to serve Plaintiff and the Garnishee with copies no later than **Tuesday, May 24, 2005**.

The Court will plan to conduct the evidentiary hearing as scheduled on **Thursday, June 2, 2004** at 10:00 a.m.

As a courtesy, a copy of this Order is being faxed to counsel for Defendants.

**DONE AND ORDERED** at Jacksonville, Florida, this   20th   day of May, 2005.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record